# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D17-3548

———————————————————

TIMOTHY JOHN COLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

August 17, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINSOR, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Timothy John Cole, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.